IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

      VS.                :     No. 2:05-cr-118
                                     JUDGE HOLSCHUH

JASON DAVID-COLEMAN MUSE

### WRIT OF TEMPORARY CUSTODY

TO:   The United States Marshal for the
       Southern District of Ohio, Eastern Division

       AND/OR

TO:   Warden
       Noble Correctional Institution
       15708 McConnelsville Road
       Caldwell, Ohio 43724

      We command you, that you have the body of Jason David-Coleman Muse, ID Number A498838, now being detained in Noble Correctional Institution as herein noted, under your custody, as it is said, under safe and secure conduct, before the Judge of our District Court within and for the district aforesaid on the 16th day of November 2005, by 10:00 a.m., in the morning of the same day and said prisoner to remain within said district pending the complete resolution of a motion's hearing, and then that you return him to the said Noble Correctional Institution, under safe and secure conduct, and have you then and there this Writ.

      Certified copy of this Writ shall be authority for the

United States Marshal for the Southern District of Ohio and/or Warden, Noble Correctional Institution.

11-10-05

John D. Holschuh,
UNITED STATES DISTRICT JUDGE